2025R00039/AT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v. | : | Mag. No. 25-13031 |
| RYAN NIKSA | : | **CRIMINAL COMPLAINT** |

I, Kelsey Granger, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Kelsey Granger
Kelsey Granger, Special Agent
Federal Bureau of Investigation

Special Agent Granger attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 28th day of January 2025.

/s/ Leda Dunn Wettre (AT)
Hon. Leda Dunn Wettre
United States Magistrate Judge

## ATTACHMENT A

### Count One
### (Enticement of a Minor to Engage in Sexual Activity)

From in or around August 2024 through in or around January 2025, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**RYAN NIKSA**,

did use any facility of interstate and foreign commerce, namely, the Internet, to knowingly persuade, induce, entice, and coerce an individual, namely the Minor Victim, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with an offense, and did attempt to do so.

In violation of Title 18, United States Code, Section 2422(b), and Title 18, United States Code, Section 2.

## **ATTACHMENT B**

I, Kelsey Granger, am a Special Agent of the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other evidence. Where statements of others are related herein, they are related in substance and in part. Because this Complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On or about December 10, 2024, law enforcement received information that a fourteen-year-old female who lives in California (the "Minor Victim") was engaged in an online sexual relationship with an adult male, who was subsequently identified as Ryan Niksa ("NIKSA").

2. Law enforcement spoke with the Minor Victim on or about December 11, 2024. The Minor Victim reported that she and NIKSA had been exchanging explicit pictures.

3. The Minor Victim's parent consented to a search of the Minor Victim's phone. Law enforcement discovered sexually explicit messages between NIKSA and the Minor Victim on a social media application ("Application-1").

4. Law enforcement interviewed the Minor Victim on or about January 6, 2025. The Minor Victim explained that she and NIKSA began communicating on a second social media application ("Application-2") in or around August 2024. In or around October 2024, NIKSA learned that the Minor Victim was 14 years old, and the Minor Victim learned that NIKSA was 34 years old. In or around November 2024, NIKSA and the Minor Victim began to "talk dirty" on iMessage and exchanged videos. For example, the Minor Victim sent NIKSA a video of herself topless touching her breasts and NIKSA responded by sending a video of himself masturbating to the Minor Victim's video. In response, the Minor Victim sent NIKSA a video of herself touching her vagina over her underwear.

5. In or about January 2025, the Minor Victim communicated with NIKSA on Application-1. In the conversation, NIKSA indicated that he was considering traveling to be with the Minor Victim, that he wanted to live with her, and that he was frustrated and considering breaking up with the Minor Victim because they could not have sex, among other things. For example, NIKSA stated, "im not going to go there just so i can chill with you for a day then go back home. if you don't want to live with me when i get there then we should just consider breaking up." He continued: "i'm lonely all the time, we can't go out places together, there no sex, all i get is dreams about us having sex come on you think that is enough to satisfy me hell no."

- 2 -

6. NIKSA messaged the Minor Victim on or about January 13, 2025, saying "And worried that your mom is going to call the fbi and once she does that you know my ass will def be sent to jail. My family would also disown me. You know their find us, unless we get lucky and make it to a different country. . . . we need more money, a solid plan, and go to place where I can't get arrested. You know our parents will stop at nothing to make sure they either know where we are or come find us. And again I'll be in jail in a matter of a couple of weeks I'd say."